**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jesus PALAFOX–ARMENTA, aka Alejandro Flores Cardenas, Defendant—Appellant.**

**No. 03–10666.**

**D.C. No. CR–03–01440–JMR.**

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Aug. 9, 2004.*

Decided Aug. 13, 2004.

Christina M. Cabanillas, Claire Kiehl Lefkowitz, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Randy Lopez, Tucson, AZ, for Defendant–Appellant.

Before SCHROEDER, Chief Judge, RAWLINSON and CALLAHAN, Circuit Judges.

### MEMORANDUM**

Jesus Palafox–Armenta appeals his guilty-plea conviction and 46–month sentence for illegal re-entry after deportation, pursuant to 8 U.S.C. § 1326(a), enhanced by (b)(2).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Palafox–Armenta has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Palafox–Armenta has not filed a pro se supplemental brief. The government has not filed a responding brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's

motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

